IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EVERETT EARL HUNTER, JR.,<br><br>　　　　　Debtor.<br><br>ZIONS BANCORPORATION N.A., DBA NEVADA STATE BANK,<br><br>　　　　　Garnishee. | Case No. 1:23-MC-00069-SKO<br><br>**FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF CONTINUING GARNISHMENT**<br><br>(Doc. 7)<br><br>Criminal Case No. 1:01-CR-05155-OWW<br><br>**14-DAY DEADLINE**<br><br>Clerk to Assign a District Judge |

　　　The Court, having reviewed its files and Plaintiff United States of America's ("United States") Request for Findings and Recommendations for Final Order of Continuing Garnishment (Doc. 7), and good cause appearing, hereby recommends a Final Order of Continuing Garnishment be granted.

　　　Accordingly, IT IS RECOMMENDED that:

　　　1.　　The United States' Request for Findings and Recommendations for Final Order of Continuing Garnishment (Doc. 7) be GRANTED;

　　　2.　　Garnishee Zions Bancorporation N.A., DBA Nevada State Bank, be directed to pay the Clerk of the United States District Court all funds held by Garnishee in which Debtor Everett Earl Hunter,

Jr. has an interest within fifteen (15) days of the filing of the Final Order.  Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

>   Office of the Clerk
>   501 I St., Rm. 4-200
>   Sacramento, CA 95814

The criminal docket number (1:01-CR-05155-OWW) shall be stated on the payment instrument;

3. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

4. The garnishment shall terminate when the payment is deposited with the Clerk of Court.

The Clerk of Court is **DIRECTED** to assign a District Judge to this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(1).  **Within fourteen (14) days** after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

The Court **DIRECTS** the United States to serve copies of this Order to Garnishee Zions Bancorporation N.A., DBA Nevada State Bank and to Debtor Everett Earl Hunter, Jr. at their respective current or last known addresses.

IT IS SO ORDERED.

Dated:   **September 6, 2023**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE