UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVERETT EARL HUNTER, JR,<br><br>Debtor.<br><br>ZIONS BANCORPORATION N.A., DBA NEVADA STATE BANK,<br><br>Garnishee. | Case No.:  1:23-mc-00069-NODJ-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF CONTINUING GARNISHMENT<br><br>(ECF Nos. 7, 10) |

On September 1, 2023, the United States of America (the "Government") filed a request pursuant to Section 3205(c)(7) of the Federal Debt Collection Procedure Act 28 U.S.C. §§ 3001, *et seq*. for a final order of continuing garnishment against the earnings of Defendant and Debtor Everett Earl Hunter, Jr. ("Defendant").  (ECF No. 7.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 7, 2023, the Magistrate Judge issued findings and recommendations, recommending the Government's request be granted.  (ECF No. 10.)  The findings and recommendations contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id*. at 2.)  No objections have been filed, and the deadline to do so has expired.

1

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly,

1. The findings and recommendations filed September 7, 2023, (ECF No. 10), are ADOPTED IN FULL;

2. The Government's request for findings and recommendations for a final order of continuing garnishment, (ECF No. 7), is GRANTED;

3. Garnishee Zions Bancorporation N.A., dba Nevada State Bank is DIRECTED to pay the Clerk of the United States District Court all funds held by Garnishee in which Defendant Everett Earl Hunter, Jr. has an interest within fifteen (15) days of the filing of this order. Payment shall be made in the form of a cashier's check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

   United States District Court, Eastern District of California
   Office of the Clerk
   501 I St., Rm. 4-200
   Sacramento, CA 95814

   The criminal docket number (1:01-CR-05155-OWW) shall be stated on the payment instrument;

4. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

5. This garnishment shall be terminated when the payment is deposited with the Clerk of Court.

IT IS SO ORDERED.

DATED: February 22, 2024.

CHIEF UNITED STATES DISTRICT JUDGE